# UNITED STATES DISTRICT COURT
## for the Northern District of Ohio

**FILED 2013 AUG 21 AM 11:39 CLERK US DISTRICT COURT NORTHERN DISTRICT OF OH AKRON**

| | |
|---|---|
| Mistress Miller, Norma, Jean: Proprietary Owner/Dual Executor | CASE # 5:13 CV 1838 |
| Mistress Norma Jean: Miller American Factor/Dual Executor and the corporate body of the **Proprietary Owner** | **JUDGE ADAMS** |
| *Plaintiff(s)* | **MANDATORY CONSTITUTIONAL LAW** |
| Vs. | **MAG. JUDGE LIMBERT** |
| STATE OF THE UNITED STATES | **NONINTERVENTION WILL AS A DISCRETIONARY DIVORCE** |
| STATE OF PENNSYLVANIA AND STATE OF OHIO | |
| VATICAN CITY STATE | |
| (JEZEBEL; the CHURCH-STATE – Whore of Usury Bondage) | |
| And | **INCONTESTABLE** |
| CHURCH OF ROME | **AND** |
| (JEZEBEL; the Religious CHURCH – Whore of Usury Bondage) | **NON-CONTRADICTABLE** |
| *Defendant(s)* Representative - Liable for the Defendant(s) Cleveland Vicar General **Rev. Michael K. Gurnick** | |

## INTRODUCTION:

I am, **Mistress Miller, Norma, Jean:** as the **Chief ADULT Plaintiff** with my Lawful Biblical and Orderly name of Claim, the Proprietary Owner/Dual Executor standing over the "NORMA JEAN MILLER" Self-Copy of my corporate body-Baby's ESTATE. **I am** placing this Court under a **Promissory Estoppel** to prevent any Refusal by this Court to Enforce the **Plaintiff's** Mandatory Constitutional and Statute Actions.

The **Plaintiff's** required actions are based upon **Plaintiff's** Factum of Documentary Evidence, the Rules of Deduction by Reason and the Historical Recorded Records. The "NORMA JEAN MILLER" Self-Copy of the **Plaintiff's** corporate body-Baby has been declared DEAD and his Self ESTATE name and Inherit Assets have been Claimed as the Lawful Absolute Divorce of Marriage Settlement by the restored and replacement individual; the American corporate body as an Adult Awake Factor/Dual Executor of the living man, known as

**Norma Jean**: of the family **Miller**. The JEZEBEL, "the **Defendant(s)**" the Whores of Usury Bondage in the Marriage Contracts are entitled to nothing except the Return of their fraudulently issued Marriage Usury Bondage Contracts. All assets, credits and other property held in the JEZEBEL "the **Defendant(s)**" Depositories are to be **Probated** in order to **Settle all Marriage Debts** and the Residue is to be Redelivered to the Adult Awake Factor of the living man, **Norma Jean**: of the family **Miller**; within the 3 day time requirement of the Law.

## WORDS OF CAUSE IN THIS CASE:

- **BABYLON or BABY-LAND:** the taking from the babies, their Inheritance to be deposited into Receipt Depositories of Credit under foreign "Panders" for their unjust usage and pleasures, while at the same time creating a false allusion of a Debt owed by the Baby in order to control and hold them in bondage.
- **JEZEBEL:** The name given to the counter-part of Lawful exchange, as it is the her side of a contract the one that holds the exchanges in a receipt depository, as credits in bondage and unjust usury. *(Historical Biblical reference – Books of Moses.)*
- **WHORE:** In the Biblical use, it is applied to the **corrupt and idolatrous depository** usage of ones real assets such as Gold by the CHURCH OF ROME; *(in allusion to Rev. xvii. 1, 5, etc.)*
- **PANDER:** A pimp; a procurer.
- **PROCURATOR NEGOTIORUM:** (Civil law.) A manager of affairs; a business manager; an attorney in fact.
- **PROCURE:** To cause to occur. To bring about, especially an event fraught with **EVIL**. United States v Richmond (CA3 Pa) 17 F2d 28.
- **PROCURER:** One who uses means to bring anything about, especially one who does so **Secretly and Corruptly**. United States v Richmond (CA3 Pa) 17 F2d 28.
- **MALUM IN SE:** A wrong in itself; an act or case involving illegality from the very nature of the transaction, upon principles of natural, moral, and public law. Story, Ag. §346.
- **MANDATORY CONSTITUTIONAL PROVISION:** A provision of a constitution which leaves no discretion to the legislature in respect of obedience to, or disregard of, it, the use of the word "shall" sometimes being emphasized in construction as indicative of mandatory character. 16 Am J2d Const L §§ 90-92.
- **MANDATORY STATUTE:** A statute which leaves nothing to the discretion of the court in respect of compliance with its terms; a statute which relates to matters of substance, affects substantial rights, and is of the very essence of the thing required to be done. 1 Am J2d Admin L § 45; 50 Am J1st Stat §§ 180 et seq.
  A "mandatory provision" in a statute is one which if not followed renders the proceeding to which it relates illegal and void. State v Parnell, 109 Ohio St 246, 142 NE 611.
- **REDELIVERY:** A second delivery of a deed which was invalid on the first delivery, after the cause of invalidity has been removed. 23 Am J2d Deeds § 87. The return of a property seized in replevin to the defendant upon his giving a redelivery bond. 46 Am J1st Replev § 85. A delivery back or restoration of the possession of property which has been delivered up or taken out of a person's possession.
- **RULE AGAINST PERPETUITIES.** The rule which prohibits the creation of future interests or estates which by possibility may not become vested within a life or lives in being at the time of the testator's death or the effective date of the instrument creating the future interest, and twenty-one years thereafter, together with the period of gestation when the inclusion of the latter is necessary to cover cases of posthumous birth. 41 Am Jl st Perp § 3.
- **RULE AGAINST POSTPONEMENT OF ENJOYMENT.** A rule of public policy which **FORBIDS** unreasonable restrictions on the enjoyment of property. The principle has become established that no restriction on the use and enjoyment of property will be enforced by the courts where the restriction is such that it is inconsistent with the interest or estate which has been granted or devised. 41 Am J1st Perp § 69.
- **RULE AGAINST RESTRAINT ON ALIENATION.** The principle that since one of the incidents of property is the right to convey it, the law does not permit a grantor or testator to fetter the ownership of grantee or devisee by imposing a restraint on alienation by him, thereby seeking to maintain control over alienation or use of the property. 41 Am Jl st Perp § 66. A rule giving force to the principle that the conveyance of a title in fee simple carries with it as a necessary incident the right of free and unlimited alienation. 41 Am J1st Perp § 79.
- **RULE AGAINST SUSPENSION OF POWER OF ALIENATION.** A rule under statute, distinct from the rule against perpetuities, which prohibits the imposing of conditions in rendering property inalienable beyond a period fixed by the statute. 41 Am J1 st Perp § 2.

## GROUNDS FOR THIS DISCRETIONARY DIVORCE:

This is a Total Separation and Expatriation Action by Discretionary Divorce from "JEZEBEL"; the **Defendant(s)** as the Money Changer's Procurer Whore of the American

Babylon/Baby-Land and her Adulteress Pandering Controllers of the **CHURCH-STATE**, because the Baby-Marriage Contracts were an **UNDRES, an <u>under age marriage</u>**, also manslaughter attempts have been attempted against the **Plaintiff** as the Proprietary Owner by the Whore's "the **Defendant(s)**" Procurers so a **Restraining Order against them is Demanded**. As the Whore is to be the HER side of the Marriage Contractual Union, she gives no sexual marital satisfaction; she does not cook, clean or do windows; she is robbing the **Plaintiff's** natural Rights and preventing the **Plaintiff** from withdrawing from her depository both monetarily and sexually, as she only accepts deposits; a one way road to hell by never allowing the **Plaintiff**, as the Proprietary Owner to lawfully Settle the Marriage Debts.

## DEFENDANT(S) NONINTERVENTION ACTIONS:

**SPECIAL NOTE: Cui Ipsa Ante Divortium Contradicere Non Potuit: <u>Whom before the divorce she could not deny</u>.**

**Therefore**, as this is a Nonintervention **WILL** - Discretionary Divorce by the Male side over this Baby-Marriage Contract as the **Proprietary Owner/Executor**; it stands as an **Incontestable** Divorce until the Absolute Divorce Decree has been issued and justly settled within the required 3 day time frame. **Then and Only Then**; can the JEZEBELS' as the **Defendant(s)** of the Baby-Marriage Contracts "the Whores of the American Babylon/Baby-Land" be allowed to put forth their Marital Claims.

The American Baby - Taking by the Unconscionable Baby-Marriage contracts; was done as a **subversive and criminal action against** the Born Free American Peoples' **constitutional guaranty per the First Amendment** of the Constitution of the United States of America and the due process clause of the Fourteenth Amendment to protect the people from the overreaching powers of the original civil government. Therefore, per the Constitutional laws as **MANDATORY CONSTITUTIONAL PROVISIONS and MANDATORY STATUTES**; all of the Baby-Marriage contracts are to be fully Judicially Dissolved and Terminated by this Discretionary Divorce even though it was to be preformed upon the constitutional 21st birthday of the baby; for the baby has been declared dead per the SS-4 and ESTATE EIN **30-6356655**. The Baby has been replaced with the American Proprietary Factor/Executor – **Mistress Norma Jean**: of the family **Miller**, an Adult Self of Man Awake and of lawful Age.

The "Certificate of Live Birth" and the "Certificate of Social Security" are CHURCH-STATE'S Two main "Baby-Marriage Licenses" to the JEZEBEL – "the Money Changer's Whore of Babylon/Baby-Land" and the "Baptismal Certificate" is the CHURCH'S "Baby-Marriage" License to the "Roman Church RELIGIOUS Whore of Babylon/Baby-Land"; with these identified whores under the direct pimping/pandering controls of CHURCH OF ROME; by

their Adulteress Controllers, the local Vicar Generals and his army Licensed BAR Procurers, as Attorneys in Fact and the other Religious Organized Priest/Ministers; acting as the field pimps and panders of the American Babies, the Un-Awake and/or the ones that have never grown-up."

### THE JEZEBEL, "THE DEFENDANT(S)" SETTLEMENT ENTITLEMENTS:

The return of her fraudulently issued Baby-Marriage Contracts using the attached **Duplicate** Copies because most of the originals have already been surrendered to the **Defendant's** Agents. The attached Depository Assets are to be turned over to the Plaintiffs as Settled or * "Continuous Discharging" accounts, as "NO - STATE **BABY** IS ON-BOARD".

1. * STATE OF PENNSYLVANIA – Norma Jean Miller - "Certificate of Live Birth" xxx0812-40.
2. STATE OF THE UNITED STATES – Norma Jean Miller "SSN Account" xxx-xx-8106.
3. CHURCH OF THE BRETHREN – Norma Jean Miller "Certificate of Baptism".
4. STATE OF OHIO – NORMA J MILLER "Drivers and ID License" #RT809796.
5. STATE OF OHIO – Norma J Miller "Voter Registration Card" #679001.
6. STATE OF OHIO - Certificate of Title to a Vehicle - #%055818028.
7. STATE OF OHIO – Certificate of Title to Real Estate Property Recorded as Parcel #60-04282-SV-HILL TOP AC LOT 16 ALL; located at 70 North Villageview Road, Tallmadge, Ohio 44278-2040 in the County of Summit, State of Ohio; recorded in Plat Book 41, Pages 49 and 50; OR2205-557-558.

### CLOSING STATEMENT:

As the **American Adult Proprietary Owner/Dual Executor** and **the Chief Adult Plaintiff standing** over these contents, as they are **Plaintiff's** Will and Wisdom; the best of my Truths, Knowledge, Beliefs and Understandings per the time honored Laws of the Bible, the American Treaties and the Constitution with its Statutes, therefore this document now STANDS as **Plaintiff's Living Affidavit of the FACTS** in order to demand this Just and Discretionary Divorce; as their being **True, Correct** and **Complete**.

Sign, Sealed on **21st August 2013**.

Signature: _Mistress Miller, Norma Jean_
Mistress Miller, Norma, Jean; Chief Adult Plaintiff
the American Proprietary Owner/Dual Executor

**ATTACHMENTS:**
1. DUPLICATE COPY of the "CERTIFICATE OF LIVE BIRTH", Continuous Discharging Baby-Marriage Contract.
2. DUPLICATE COPY of the "SOCIAL SECURITY" Baby-Marriage Contract.
3. DUPLICATE COPY of the "Certificate of Baptism plus" Baby-Marriage Contract.
4. DUPLICATE COPY of the "VOTER CARD" Baby-Marriage Contract.
5. DUPLICATE COPY of the "TITLE TO VEHICLE" Baby-Marriage Contract.
6. DUPLICATE COPY of the "DRIVERS AND ID LICENSE" Baby-Marriage Contract.
7. DUPLICATE COPY of the " Certificate of Title to REAL ESTATE PROPERTY "Baby Marriage Contract.

their Administrators [illegible] holders, the local Vicar Governor and his army of licensed [illegible] Attorneys as Attorneys [illegible] Fact and the other Religious Organized Priest/Ministers acting as the valid [illegible] and parents of the American [illegible] Babies, the Un-Awake and/or the ones that have never grown up."

THE REMEDY, THE DEFENDANT(S)' SETTLEMENT ENTITLEMENTS

The return of her fraudulently Issued Baby-Marriage Contracts using the attached Duplicate Copies because most of the originals have already been surrendered to the Defendant's Agents. The attached Depository Assets are to be turned over to the Plaintiffs as Settled or [illegible] Continuous Discharging accounts [illegible] NO - STATE BANK IS [illegible]

1. STATE OF PENNSYLVANIA – Norma Jean Miller - "Certificate of Live Birth" [illegible]
2. STATE OF THE UNITED STATES – Norma Jean Miller "Soc. Security Account" xxx-xx-[illegible]
3. CHURCH OF THE [illegible] – Norma Jean Miller "Certificate of Baptism".
4. STATE OF OHIO – NORMA J MILLER "Driver's and ID License" [illegible]
5. STATE OF OHIO – Norma J Miller "Voter Registration Card" [illegible]
6. STATE OF OHIO – Certificate of Title to a Vehicle - #[illegible]
7. STATE OF OHIO – Certificate of Title to Real Estate Property Recorded as Parcel [illegible] located in North Village [illegible] Road, Tallmadge, Ohio 44278, [illegible] in the County of Summit, State of Ohio [illegible] Book [illegible] Pages [illegible] and [illegible]

CLOSING STATEMENT:

As the [illegible] Adult Proprietor - Co-Creator and Receiver and the Chief Adult Child of standing over these contents, as they are [illegible]'s Will and Wisdom to the best of my Truth Knowledge, Beliefs and Understandings per the time honored Laws of the Bible, the American Treaties and the Constitution with its Statutes, therefore this document now STANDS as Plaintiff's Living Affidavit of the FACTS in order to document this Just and Discretionary Divorce as the [illegible] being True, Correct and Complete.

Sign Sealed on [illegible] August 2013.

Signature [illegible]

[illegible] Living [illegible] Tribunal Seal [illegible]

ATTACHMENTS:

1. DUPLICATE COPY of the [illegible] CERTIFICATE OF LIVE BIRTH [illegible]
2. DUPLICATE COPY [illegible] SECURITY [illegible]
3. DUPLICATE [illegible]
4. DUPLICATE COPY [illegible]
5. DUPLICATE COPY [illegible] Baby-Marriage Contract
6. DUPLICATE COPY [illegible]
7. DUPLICATE COPY of the Certificate of Title to REAL ESTATE PROPERTY Baby-Marriage Contract